1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| FLOW DEVICES AND SYSTEMS, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BROOKS INSTRUMENT, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:21-cv-1769-JVS(JDEx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)**<br><br>FAC Filed:        September 21, 2021<br>MSJ Granted in Full:    March 1, 2023 |
|---|---|

Whereas, on March 1, 2023, this Court granted Defendant Brooks Instrument LLC's ("Brooks") motion for summary judgment in full. (Dkt. #36

Plaintiff Flow Devices and Systems, Inc. ("FDS") and Brooks (collectively "Parties") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismissal with prejudice of all remaining claims in this matter, with no appeal of the summary judgment order, and with each party to bear his or its own fees and costs.

Therefore the Court grants the Parties' joint stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: April 04, 2023    **SO ORDERED:**

*[signature: James V. Selna]*

By _____

**UNITED STATES DISTRICT COURT**